UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN THE MATER OF ) | Cause No. 1:16-mj-0293 |
| SEARCH AND SEIZURE WARRANT ) | |

## ORDER

Clerk of the Court for the Southern District of Indiana is hereby ordered to **UNSEAL** the above-captioned cause and the documents filed under that cause.

ORDERED this 31st day of October, 2016.

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Copies available via CM/ECF